```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 12810
    BARBARA MICHALSKI
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8814


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/20/2008 and was not confirmed.

    The case was dismissed without confirmation 09/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED NOT I          .00         .00            .00
COOK COUNTY TREASURER      SECURED             3318.20        .00            .00
COOK COUNTY TREASURER      UNSEC W/INTER  NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00          .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    24605.35          .00            .00
COUNTRYWIDE HOME LOANS I   UNSEC W/INTER  NOT FILED           .00            .00
PIERCE & ASSOC             NOTICE ONLY    NOT FILED           .00            .00
COURTYARD OF HARWOOD HEI   SECURED            8869.00         .00            .00
COURTYARD OF HARWOOD HEI   UNSEC W/INTER  NOT FILED           .00            .00
STEINBERG & STEINBERG LT   NOTICE ONLY    NOT FILED           .00            .00
WFNNB/ HARLEM FURNITURE    SECURED            1150.00         .00            .00
WFNNB/ HARLEM FURNITURE    UNSEC W/INTER  NOT FILED           .00            .00
AMEX                       UNSEC W/INTER  NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     1377.26          .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     1507.04          .00            .00
CHASE BANK USA NA          UNSEC W/INTER      483.17          .00            .00
GE MONEY BANK              UNSEC W/INTER      405.88          .00            .00
HSBC BANK NEVADA NA        UNSEC W/INTER     2831.52          .00            .00
ILLINOIS COLLECTION SE     UNSEC W/INTER  NOT FILED           .00            .00
LUTHERAN GENERAL HOSPITA   NOTICE ONLY    NOT FILED           .00            .00
ILLINOIS COLLECTION SE     UNSEC W/INTER  NOT FILED           .00            .00
ADVOCATE MEDICAL GROUP     NOTICE ONLY    NOT FILED           .00            .00
ILLINOIS COLLECTION SE     UNSEC W/INTER  NOT FILED           .00            .00
ADVANCED RADIOLOGY         NOTICE ONLY    NOT FILED           .00            .00
ILLINOIS COLLECTION SE     UNSEC W/INTER  NOT FILED           .00            .00
ADVANCED RADIOLOGY         NOTICE ONLY    NOT FILED           .00            .00
LASALLE BANK               UNSEC W/INTER  NOT FILED           .00            .00
LVNV FUNDING LLC           UNSEC W/INTER      544.70          .00            .00
HSBC BANK NEV CARSONS      NOTICE ONLY    NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS    UNSEC W/INTER  NOT FILED           .00            .00
PFF EMERGENCY SERVICES     NOTICE ONLY    NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSEC W/INTER  NOT FILED           .00            .00
PROGRESSIVE INS            NOTICE ONLY    NOT FILED           .00            .00
NICOR GAS                  UNSEC W/INTER  NOT FILED           .00            .00
PROVIDIAN                  UNSEC W/INTER  NOT FILED           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12810 BARBARA MICHALSKI
```

```
APEX FINANCIAL             NOTICE ONLY    NOT FILED              .00              .00
TRS CIGPF1CORP             UNSEC W/INTER  NOT FILED              .00              .00
WEST ASSET MANAGEMENT      UNSEC W/INTER  NOT FILED              .00              .00
AT&T                       NOTICE ONLY    NOT FILED              .00              .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED              .00              .00
CHASE BANK USA NA          UNSECURED           .00               .00              .00
TIMOTHY K LIOU             DEBTOR ATTY   1,358.20                            1,358.20
TOM VAUGHN                 TRUSTEE                                             118.11
DEBTOR REFUND              REFUND                                            1,958.69

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,435.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,358.20
TRUSTEE COMPENSATION                              118.11
DEBTOR REFUND                                   1,958.69
                    ---------------         ---------------
TOTALS                   3,435.00               3,435.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 12/22/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE